**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Israel Estrada a.k.a. Ismael Valenzuela;<br>Plaintiff,<br>vs.<br>Juan R. Cota d/b/a Cota Environmental Services; Juan R. Cota and Jane Doe Cota, husband and wife<br>Defendants, | Case No.: CV-15-00818-PHX-SRB<br><br>**DEFAULT JUDGMENT** |

THIS MATTER having come before the Court pursuant to Plaintiff's Complaint, filed May 6, 2015, and Plaintiffs' Motion for Default Judgment Against Defendant, filed October 30, 2015, the Court having considered all arguments, memoranda, and pleadings of record in this matter and finding good cause therefore makes the following findings and enters judgment against Defendant Juan R. Cota, individually, doing business as Cota Environmental Services as follows:

**FINDINGS OF FACT**

1. Plaintiff filed his Complaint in this matter on May 6, 2015.

2. Defendant was properly served process by publication on August 5, 2015.

3. The clerk of the Court entered Default against Defendant on September 23, 2015.

4. Plaintiff has submitted a Motion for Default Judgment, supported by evidence, showing Plaintiff's damages to be $5,970.

5. The evidence of Plaintiff is credible.

## CONCLUSIONS

THEREFORE, the Court hereby ORDERS, ADJUDGES, AND DECREES that Plaintiff Israel Estrada shall take against Defendant Juan R. Cota, individually, doing business as Cota Environmental Services, damages as follows:

    A. Overtime owed: **$2,985**
    B. Liquidated Damages **$2,985**
    C. Attorney's Fees: **$4,101**
    D. Costs **$836.50**
    E. Post judgment interest at the legal rate established pursuant to 28 U.S.C. § 1961; and

Plaintiff can file an application for attorney's fees and costs supplementing this judgment.

Dated this 2nd day of November, 2015.

_____
Susan R. Bolton
United States District Judge